# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 17, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128878(172)(173)

46TH CIRCUIT TRIAL COURT,
      Plaintiff, Counter-Defendant,
      Third-Party Plaintiff-Appellee,

v

COUNTY OF CRAWFORD and
CRAWFORD COUNTY BOARD
OF COMMISSIONERS,
      Defendants, Counter-Plaintiffs,
      Third-Party Plaintiffs-Appellants,
and

COUNTY OF KALKASKA,
      Intervening Defendant,
      Counter-Plaintiff, Third-Party
      Plaintiff-Appellant,
and

COUNTY OF OTSEGO,
      Third-Party Defendant.
_____

SC:    128878
CoA:  254179
Crawford CC #02-5951-CZ

      On order of the Chief Justice, motions by the Michigan Municipal League and Michigan Townships Associate for leave to join in the brief *amicus curiae* of the Michigan Association of Counties is considered and it is GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2006                  _____
                                         Clerk